James Michael Sinder
Fed. Reg. No. 13268-064
Federal Correctional Institution
P.O. Box 5000
Sheridan, Oregon 97378-5000

FILED'05 AUG 15 1459 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

JAMES MICHAEL SINDER, )
        )
    Petitioner, )
        )
v.      )   Civil Case No. 05 1269 HA
        )
CHARLES A. DANIELS, et al., )
Warden, FCI Sheridan, )
Oregon, )
        )
    Respondent. )

PITITION FOR WRIT OF HABES CORPUS
PURSUANT TO 28 U.S.C. § 2241

James Michael Sinder, hereafter Petitioner, proceeding pro se, respectfully applies for inssuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In support of this petition, petitioner states as follows:

(a) JURISDICTION:

Petitioner is imprisoned and deprived of his liberty at the Federal Correctional Institution (FCI) at Sheridan, Oregon, in violation of the laws and the Constitution of the United States. Petitioner further asserts that the FCI is within the District of Oregon and the jurisdiction of this Court.

(b) SUMMARY OF UNDERLING CONVICTION:

   1. <u>Sentencing United States District Court</u>: Petitioner was convicted in the United States District Court for Western District of Oklahoma.

PETITION FOR WRIT OF             1
HABEAS CORPUS §2241

  2. <u>Sentencing U.S. District Judge</u>: Ralph G. Thompson

  3. <u>Date Sentence was Imposed</u>: October 30, 1996

  4. <u>Scheduled Release Date</u>: April 16, 2022

 (c) **SUMMARY OF CONCURRENT AND/OR PREVIOUS LITIGATION:**

The claims set forth in this petition have never been litigated or are pending before any Courts.

 (d) **STATEMENT OF THE FACTS:**

The Respondent's have refused to accept Petitioner's "General Education Diploma" (GED), from a Certified Accredited home learning High School Program. The refusal of the Respondent's to accept the certification of the Satisfactory Completion from the accredited GED program is a institutuioal decision contrary to and in violation of 28 C.F.R. 544.82(b)(2), 544.72-75, and Bureaue of Prisons (BOP) Policy 5350.28.

Pursuant to federal statute and BOP policy, the Respondent has no authority to reject Petitioner's GED diploma from a certified and accredited school. Because of Petitioner's learning disabilities he was not able to complete the GED program furnished by the BOP. However, Petitioner found an accredited school, paid $600.00, and spent two(2) years of his recreation time working to get his GED. Petitioner successfully completed the certified correspondance course and received his GED diploma.(Attached as Exhibits).

The Respondent has told Petitioner that because he is not in the institutional GED program they are taking **good-time** for not programing. The taking of good-time is a vested liberty interest and in violation of Petitioner's due process Fifth Amendment rights.

PETITION FOR WRIT OF    2
HABEAS CORPUS §2241

The respondent's Ad hoc decision to reject Petitioner's earned GED diploma, causes continued loss of good-time and therefore an undeniable infrigement upon Petitioner's liberty interest, The Respondent's refusal, that is contrary to statute, prejudice the Petitioner further based on the fact that Petitioner cannot get and advancememt in work grade, at Unicor, because he has no GED in his institutional file. Therefore, Petitioner has been working as a grade four(4), for over a year, while others have been promoted on a regular bases.

(e) **STATEMENT OF YOUR LEGAL CLAIM FOR RELIEF**:

The statutory language of 28 C.F.R. 544.82(b)(2), 544.72-15 and BOP policy 5350.28, clearly states Petitioner's certified and accredited GED diploma shall be accepted as proof of GED. The Respondent's failure to comply with the mandate of federal rules, and their on BOP policy deny's Petitioner his liberly interest under due process, by taking of good-time.

The contrary decision by Respondent to not adhere to the statute and honor Petitioner's GED that is accredited is a direct violation of Petitioner's Fifth Amendment rights when he suffers prejudice. Petitioner rely's on **Sandin v. Conner,** 515 U.S. 472, 484 (1995). Petitioner supports his claim on Congress intent by the statutory language of Title 28 C.F.R. 544.82(b)(2) and 544.72-15, along with BOP own Policy 5350.28.

(f) **EXHAUSTION OF ADMINISTRATIVE REMEMIES**:

1. <u>BP-9 was denied on</u>: January 3, 2005

2. <u>BP-10 was denied on</u>: or about August 12, 2005. The <u>BP-10 "response"</u> has been misplaced, however the 'Receipt' is enclosed to substaniate the exhaustion of the remedy.

3. <u>BP-11 was denied on</u>: May 17, 2005

PETITION FOR WRIT OF
HABEAS CORPUS § 2241                            3

All of the administrative remedies are attached to this petition.

**(g) REQUESTED RELIEF:**

Petitioner request that Respondent comply's with mamdate of Title 28 C.F.R. 544.82(b)(2), and 544.72.15, coupled with BOP's policy 5350.28, and accept Petitioner's certified and accredited GED diploma as documentation and file GED doucments in institutional education file. Ptitioner further request that the status of earned good-time allowances be reviewed and any and all lost good-time as a result of the unauthorized and unreasonable decisions of Respondent's to reject certification of completion of GED, from a certified and accredited school, shall be given back to Petitioner. (Petitioner has attached all documents in support of the claim of accreditation by "Education Direct, Thomson High School).

**(h) REQUEST FOR APPOINTMENT OF COUNSEL:**

Petitioner request appointment of counsel because of his lack of understanding in matters of law and a learning disability.

**(i)** Petitioner also request that this Court grant such other relief as may be apporpiate.

Dated this 11th day of August, 2005.

Respectfully submitted,

*[signature]*
James Michael Sinder
Petitioner   Pro Se

**VERIFICATION OF THE PETITION**

I James Michael Snider, declare under the penalty of perjury, that:
    (a) I am the Petitioner in the action.
    (b) I have read the petition and that the information contained herein is true to the best of my know-knowledge and belief.

PETITION FOR WRIT OF
HABEAS CORPUS § 2241

4

Dated this 11th day of August, 2005.

_James Michael Snider_
James Michael Snider
Petitioner Pro Se

PETITION FOR WRIT OF
HABEAS CORPUS § 2241                5

# THOMSON HIGH SCHOOL

# Diploma

*This Certifies That*

## MICHAEL JAMES SNIDER

*has completed the Course of Study as prescribed by Thomson High School and is hereby awarded this Diploma on this 28th day of September in the year 2004 and verified on this date by:*



Connie C. Dempsey

**Connie Dempsey**
**Director of Education**

Accredited by the Accrediting Commission of the Distance Education and Training Council, Washington, D.C.

Licensed by the Pennsylvania State Board of Private Licensed Schools

# THOMSON HIGH SCHOOL

925 Oak Street
Scranton, PA 18515

## CORRESPONDENCE SCHOOL TRANSCRIPT

Michael James Snider
.# 13268-068
PO Box 5000
Sheridan, OR  97378-5000

_0.0_ TRANSFER CREDITS AWARDED

**Student No.:** 18640006   **Program No.:** 00702105   **Enrollment Date:** 07/01/02

| Code | Course | Credit | Grade | Date Completed |
|---|---|---|---|---|
| MHL9 | ORIENTATION HIGH SCHOOL | .5 | 98 | 07/26/02 |
| MHN5 | HUMAN RELATIONS | 1.0 | 97 | 09/26/02 |
| MGV3 | READING SKILLS | 1.0 | 95 | 01/03/03 |
| MCL2 | BASIC ENGLISH | 1.0 | 86 | 01/22/03 |
| MCL3 | GENERAL MATH I | 1.0 | 97 | 02/07/03 |
| MCL5 | FITNESS AND NUTRITION | 1.0 | 93 | 02/28/03 |
| MCL4 | AMERICAN HISTORY | 1.0 | 95 | 04/17/03 |
| MCL6 | PRACTICAL ENGLISH | 1.0 | 97 | 09/28/04 |
| MCL9 | CONSUMER MATH | 1.0 | 90 | 06/16/03 |
| MKY1 | BIOLOGY | 1.0 | 79 | 07/31/03 |
| MCN1 | CIVICS | 1.0 | 83 | 08/05/03 |
| MCN3 | WRITTEN COMMUNICATION | 1.0 | 90 | 11/25/03 |
| MNG1 | EARTH SCIENCE | 1.0 | 98 | 10/23/03 |
| MCN5 | GENERAL MATH II | 1.0 | 96 | 11/10/03 |
| MH07 | WORLD HISTORY | 1.0 | 99 | 12/18/03 |
| MJJ4 | PHYSICAL SCIENCE | 1.0 | 91 | 01/05/04 |
| MNG5 | LITERATURE | 1.0 | 97 | 02/23/04 |
| MEA3 | SMALL ENGINE REPAIR | 1.0 | 96 | 03/11/04 |
| MDW1 | AUTO REPAIR TECHNICIAN | 1.0 | 96 | 04/22/04 |
| MPH1 | ELECTRICIAN | 1.0 | 90 | 05/07/04 |
| MEA5 | APPLIANCE REPAIR | 1.0 | 91 | 06/03/04 |
| MEE2 | BASIC ELECTRONICS | 1.0 | 97 | 07/01/04 |

_X_ Diploma granted   09/28/04

____ Diploma to be awarded
     upon completion
     of requirements

**Connie C. Dempsey**   10/12/04
*Director of Compliance and Academic Affairs*

This officially sealed and signed transcript is printed on blue security paper with the name of the institution printed in small white type across the face of the document. A raised seal is not required. When photocopied the word void should appear. A BLACK AND WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

U.S. DEPARTMENT OF JUSTICE                                          REQUEST FOR ADMINISTRATIVE REME
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Snider, Mike | 13268-064 | 3-A | F.C.I. Sheridan |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** Mr. Brown of F.C.I. Sheridan Education Department has refused to accept and file a G.E.D Diploma earned by Mr.Snider from a Certified, Accredited home learning High School Program. Mr.Brown's refusal to accept and file this certification of Satisfactory Complettion, from a Certified, Accredited G.E.D program, is a decision made in violation of 28 C.F.R 544.82(b)(2), 544.72-15, and B.O.P. Policy 5350.28. Pursuant to Federal Statute and B.O.P. written policy, Mr.Brown has rejected a G.E.D which he has no authority to reject. Mr.Snider has spent $600.00 and two years of his time earning his G.E.D Diploma from an Accredited, Certified correspondence Program. Because of his learning disabilities, Mr.Snider was unable to complete the G.E.D program furnished by the B.O.P. However, Mr.Snider refused to give up, and spent two years of his Recreation time attempting to successfully complete this certified correspondence course. Mr.Snider's failure to complete the G.E.D. course provided by the B.O.P has resulted in the loss of good time, and Mr.Brown's Ad hoc decision to reject the G.E.D earned from a certified school, causes continued loss of good time and is therefore an undeniable infringement upon Mr.Snider's liberty Interest. In relief Mr.Snider request that Mr.Brown be instructed to comply with the mandate of Federal Rule, Bureau of Prisons written policy, and file a certified Copy of Mr.Snider's G.E.D in his education file. Further Mr.Snider requests that the status of his earned good time allowance be reviewed, and any good time lost that has been a result of Mr. Browns unauthorized and unreasonable decision to reject the Certification of Completion, from a Certified, Accredited Correspondence course.

DATE 12/20/04                                    *Mike Snider*
                                                 SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____                            _____
        DATE                                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                       CASE NUMBER: _____

                                                 CASE NUMBER: 362467-F1

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                            _____
        DATE                                     RECIPIENT'S SIGNATURE (STAFF MEMBER)     BP-229(13)

Inmates SNIDER, Mike
Reg. No. 13268-064 (3a)

**REQUEST FOR ADMINISTRATIVE REMEDY**
SHE-362467-F1

Part B-RESPONSE

This is in response to your Request for Administrative Remedy dated December 20, 2004, wherein you allege that you have a diploma from a nationally accredited school. As relief, you request to be exempted from the GED program.

Your request has been investigated. It has been determined that you have a high school diploma issued by Thomson High School, a correspondence school in Scranton, PA. According to Program Statement 5350.28, Literacy Program (GED Standard), an inmate "who does not have a verified General Education Development (GED) credential or a high school diploma is required to attend an adult literacy program." Further clarification from the Central Office indicates that high school diplomas from correspondence schools do not meet the requirements of the Program Statement 5350.28.

Therefore, your Request for Administrative Remedy is denied. If dissatisfied with this response, you may appeal to the Western Regional Director, 7950 Dublin Blvd., 3rd Floor, Dublin, CA 94568. Your appeal must be received in the Western Regional Director's office within 20 calendar days of the date of this response.

_1-3-05_
Date

_[signature]_
Charles A. Daniels, Warden

```
                    RECEIPT - ADMINISTRATIVE REMEDY




DATE: JULY 14, 2004




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : JAMES MICHAEL SNIDER, 13268-064
      SHERIDAN FCI    UNT: UNIT 3    QTR: C03-225U




THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 339409-R1
DATE RECEIVED   : JULY 13, 2004
RESPONSE DUE    : AUGUST 12, 2004
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT NO:
```

U.S. Department of Justice                                Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Snider, Mike_____  __13268-064__  __3-A__  __F.C.I.  Sherida[n]__
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.    UNIT        INSTITUTION

**Part A—REASON FOR APPEAL**   This is an appeal to a BP-10 Mr. Brown of F.C.I. Sheridan Education Department has refused to accept and file a G.E.D Diploma earned by Mr.Snider from a Certified, Accredited home learning High School Program. Mr.Brown's refusal to accept and file this certification of Satisfactory Complettion, from a Certified, Accredited G.E.D program, is a decision made in violation of 28 C.F.R 544.82(b)(2), 544.72-15, and B.O.P. Policy 5350.28. Pursuant to Federal Statute and B.O.P. written policy, Mr.Brown has rejected a G.E.D which he has no authority to reject. Mr.Snider has spent $600.00 and two years of his time earning his G.E.D Diploma from an Accredited, Certified correspondence Program. Because of his learning disabilities, Mr.Snider was unable to complete the G.E.D program furnished by the B.O.P. However, Mr.Snider refused to give up and spent two years of his Recreation time attempting to successfully complete this certified correspondence course. Mr.Snider's failure to comlete the G.E.D. course provided by the B.O.P has resulted in The loss of good time, and Mr.Brown's Ad hoc decision to reject the G.E.D earned from a certified school, causes continued loss of good time and is therfore an undeniable infringement upon Mr.Snider's liberty Interest. In relief Mr.Snider request that Mr.Brown be instructed to comply whith the mandate of Federal Rule, Bureau of Prisons written policy, and fil a certified copy of Mr.Snider's G.E.D in his education file. Further Mr.Snider request that the status of his earned good time allowance be reveiwed, and any good time lost that has been a result of Mr.Brown's unauthorized and unreasonable decision to reject the Certification of Completion, From a Certified, Accredited Correspondence course. _/s/ Mike Snider_

__2/28/05__ DATE                                                         SIGNATURE OF REQUESTER

**Part B—RESPONSE**

                                                    GENERAL COUNSEL
_____ DATE                                     CASE NUMBER: __362467-A1__
**ORIGINAL: RETURN TO INMATE**

**Part C—RECEIPT**                                  CASE NUMBER: _____

Return to: _____   _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT    INSTITUTION

SUBJECT: _____

_____  ⊕                     _____   BP-231(13)
DATE                             SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL   APRIL 1982

Administrative Remedy No. 362467-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you request the high school diploma you received from Thomson High School be honored by the Bureau of Prisons for meeting the mandatory literacy requirements. You also request a review of any good time lost as a result of staff's decision not to accept your high school diploma.

Our review reveals the Warden and Regional Director adequately addressed the issue raised in your appeal. Program Statement 5350.28, <u>Literacy Program (GED Standard)</u>, states an inmate confined in a federal institution who does not have a verified General Educational Development (GED) credential or high school diploma is required to attend an adult literacy program for a minimum of 240 instructional hours or until a GED is achieved, whichever occurs first. An inmate's high school diploma or a GED credential is verified when: the Supervisor of Education receives documentation directly from the appropriate school or agency; Government personnel officially verify the high school diploma or a GED credential in the pre-sentence investigation report; or a valid post-secondary credential is an acceptable form of verification for a high school diploma or a GED credential. The only inmates exempted from participating in the mandatory literacy program are pretrial inmates, inmates committed for purpose of study and observation, sentenced deportable aliens, and inmates determined by staff to be temporarily unable to participate due to special circumstances beyond their control.

Your diploma from Thomson High School, a non-governmental accrediting agency, was not received from a high school or through GED issued by the American Council of Education. Accordingly, you are not exempt from participation in the Federal Bureau of Prisons Literacy Program. We find staff actions appropriate and in accordance with P.S. 5350.28.

Your appeal is denied.

May 17, 2005
Date

Harrell Watts, Administrator
National Inmate Appeals

**Education Direct**
925 Oak Street
Scranton, PA 18515
Tel 1-888-427-1000
www.EducationDirect.com


**THOMSON**
EDUCATION DIRECT

Michael James Snider
PO Box 5000
.# 13268-068
Sheridan, OR 97378-5000

October 21, 2004

Dear Michael:

Thank you for your recent inquiry concerning the accreditation of our school.

On November 1, 2002, Education Direct was granted accreditation by the Middle States Commission on Secondary Schools for our high school program. Education Direct is also accredited by the Accrediting Commission of the Distance Education and Training Council (DETC) in Washington D.C., and our school is licensed by the Pennsylvania State Board of Private Licensed Schools.

Completion of our programs represent a major commitment to self-improvement and career growth. The programs offered by our school are conducted entirely by independent study and require dedicated effort and self-motivation considerably above the average.

Should you require further assistance, please do not hesitate to contact our Student Service Department at 1-888-427-1000.

Sincerely,

*Darlene Green*
Darlene Green
Student Service

TSR 2DGRZE
18640006

**Education Direct**
925 Oak Street
Scranton, PA 18515
Tel 1-888-427-1000
www.EducationDirect.com



Michael James Snider    October 21, 2004
PO Box 5000
.# 13268-068
Sheridan, OR 97378-5000


To Whom It May Concern:


I'm pleased to inform you that Michael Snider is a graduate of the Thomson High School program with Education Direct.

On November 1, 2002, Education Direct was granted accreditation by the Middle States Commission on Secondary Schools for our high school program. Thomson High School is also accredited by the Accrediting Commission of the Distance Education and Training Council (DETC) in Washington, D.C., and our school is licensed by the Pennsylvania State Board of Private Licensed Schools.

To be successful in an independent study program, a student must be extremely dedicated and self-motivated. These personal characteristics make independent study students successful in a wide range of pursuits after they finish their courses of study.

Because of the singular commitment required to complete such a study program, without any external motivation, we do not hesitate to recommend our graduates for employment in any field.

If we can be of further assistance, or provide additional information, please don't hesitate to write to us or contact our Student Service Department at 1-888-427-1000.


Sincerely,

*Connie C. Dempsey*

Connie Dempsey
Director, Education




TSR 2DGRZE
v 18640006

**Education Direct**
925 Oak Street
Scranton, PA 18515
Tel 1-888-427-1000
www.EducationDirect.com


THOMSON
EDUCATION DIRECT

October 01, 2004

Michael James Snider 13268-064
.PO Box 5000
Fci Sheridan
Sheridan, OR  97378-5000

Dear Michael:

Congratulations on successfully completing your Education Direct program! You have shown initiative, concentration, and perseverance - qualities that will surely help you achieve your goals.

Your diploma will always remind you of your personal achievement. It will also demonstrate your accomplishments to everyone who sees it, so we hope you'll display it proudly.

Knowledge is something that can never be taken away, and with Education Direct, you can make learning an ongoing process. Whether you want to learn new skills to become more valuable to employers or for your personal enrichment, we hope you'll consider continuing your education with us.

Please don't hesitate to contact us and inquire about any of the programs shown in the enclosed brochure. You can visit **www.EducationDirect.com** or call **1-800-758-4590** to learn more about how you can complement the skills you've just mastered.

I want to thank you again for choosing Education Direct. Please contact us anytime should you need a letter of recommendation or copies of your transcripts. We wish you a future filled with success!

Sincerely,

*Connie C. Dempsey*

Connie Dempsey
Director, Compliance and Academic Affairs

C206
18640006

EDLTR01

# United States District Court
## Western District Of Oklahoma

NOV -5 1996

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKL
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Offenses Committed on or After November 1, 1987) |
| JAMES MICHAEL SNIDER | Case Number: CR 96-42-T |
| (Name of Defendant) | Don Herring |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☒ was found guilty on count(s) 1, 2, 3, 5, 7 and 8 _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Conspiracy to manufacture methamphetamine | 2-26-96 | 1 |
| 21:841(a)(1) 18:2 | Manufacture of methamphetamine | 2-26-96 | 2 |
| 21:841(a)(1) | Possession with intent to distribute methamphetamine | 2-26-96 | 3 |
| 21:841(a)(1) | Distribution of methamphetamine | 2-26-96 | 5 |
| 21:841(a)(1) | Manufacture of methamphetamine | 2-26-96 | 7 |
| 18:922(g)(1) | Felon in possession of a firearm | 2-26-96 | 8 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

☐ Count(s) _ (is)(are) dismissed on the motion of the United States.

☒ It is ordered that the defendant shall pay a special assessment of $ 300.00 for count(s) 1, 2, 3, 5, 7 and 8 shall be due ☒ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 04-17-57

Defendant's Mailing Address:

201 N. Shartel
Oklahoma City, OK 73102

Defendant's Residence Address:

Same

October 30, 1996
Date of Imposition of Sentence

Signature of Judicial Officer

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

November 5, 1996
Date

ATTEST: A true copy of the original
Robert D. Dennis, Clerk
By _____ Deputy

endant:   JAMES MICHAEL SNIDER                                      Judgment Page _2_ of _5_
;e Number: CR 96-42-T

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned a term of _360 months. This sentence consists of a term of 360 months on each of Counts 1, 2, 3, 5, and 7; and ) months on Count 8, all such terms shall be served concurrently._

The court makes the following recommendations to the Bureau of Prisons:

    A facility as near to Sacramento, California as possible

The defendant is remanded to the custody of the United States marshal.
The defendant shall surrender to the United States marshal for this district.

    ☐ at _____ on _____.
    as notified by the United States marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    ☐ before noon on _____.
    ☐ as notified by the United States marshal.
    ☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

                                                   United States Marshal

                    By _____
                                    Deputy Marshal

Defendant: JAMES MICHAEL SNYDER  
Case Number: CR 96-42-T

Judgment Page 4 of 5

## STATEMENT OF REASONS

[X] The court adopts the factual findings and guideline application in the presentence report.

OR

[ ] The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: _____40_____

Criminal History Category: _____V_____

Imprisonment Range: __360__ to __Life__ months

Supervised Release Range: __5__ to _____ years

Fine Range: $ 25,000.00 to $ 20,250,000.00

[X] Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Restitution: $_

[ ] Full restitution is not ordered for the following reason(s):

[ ] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

[X] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

The Court finds that under the provisions of 18 U.S.C. § 3553 that all the criteria in that section has been considered:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;
(2) the need for the sentence imposed --
    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
    (B) to afford adequate deterrence to criminal conduct;
    (C) to protect the public from further crimes of the defendant; and
    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
(3) the kinds of sentences available;
(4) the kinds of sentence and the sentencing range established for --
(5) any pertinent policy statement issued by the Sentencing Commission pursuant to 29 U.S.C. 994(a)(2) that is in effect on the date the defendant is sentenced;
(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and
(7) the need to provide restitution to any victims of the offense.

The guidelines are high in this range and the lower level of the guideline range meets the requirements of 18 U.S.C. § 3553(a).

OR

The sentence departs from the guideline range

[ ] upon motion of the government, as a result of defendant's substantial assistance.

[ ] for the following reason(s):

Defendant: JAMES MICHAEL SNIDER
Case Number: CR 96-42-T

Judgment Page 5 of 5

## DENIAL OF FEDERAL BENEFITS
(For Offenses Committed on or After November 18, 1988)

**FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 862(a)(1)(B)**

IT IS ORDERED that the defendant shall be:

[X] ineligible for all federal benefits for a period of ___5 years___ ending __October 30, 2001__.

[ ] ineligible for the following federal benefits for a period of _____ ending _____.

(specify benefits) _____

**OR**

[ ] having determined that this is the defendant's third or subsequent conviction for distribution of controlled substances, IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

**FOR DRUG POSSESSORS PURSUANT TO 21 U.S.C. § 862(b)(1)(B)**

IT IS ORDERED that the defendant shall:

[ ] be ineligible for all federal benefits for a period of _____ ending _____.

[ ] be ineligible for the following federal benefits for a period of _____ ending _____.

(specify benefits) _____

[ ] successfully complete a drug testing and treatment program.

[ ] perform community service, as specified in the probation or supervised release portion of this judgment.

[ ] Having determined that this it the defendant's second or subsequent conviction for possession of a controlled substance, IT IS FURTHER ORDERED that the defendant shall complete any drug treatment program and community service specified in this judgment as a requirement for the reinstatement of eligibility of federal benefits.

Pursuant to 21 U.S.C. § 862(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility.

*THE CLERK OF COURT IS RESPONSIBLE FOR SENDING A COPY OF THIS PAGE AND THE FIRST PAGE OF THIS JUDGMENT TO: U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, WASHINGTON, D.C. 20531.*

**§ 544.80**  28 CFR Ch. V (7-1-03 Edition)

school diploma if that inmate refuses to enroll in, and to complete, the mandatory 240 instructional hours of the literacy program.

### Subpart I—Education, Training and Leisure-Time Program Standards

SOURCE: 58 FR 65852, Dec. 16, 1993, unless otherwise noted.

### § 544.80 Purpose and scope.

In consideration of inmate education, occupation, and leisure-time needs, the Bureau of Prisons affords inmates the opportunity to improve their knowledge and skills through academic, occupation and leisure-time activities. All institutions, except satellite camps, detention centers and metropolitan correctional centers, shall operate a full range of activities as outlined in this rule.

### § 544.81 Program goals.

The Warden shall ensure that an inmate with the need, capacity, and sufficient time to serve, has the opportunity to:

(a) Complete an Adult Literacy program leading to a General Educational Development (GED) certificate and/or high school diploma;

(b) Complete one or more levels of English-as-a-Second Language;

(c) Acquire or improve marketable skill through one or more programs of Occupation Education (OE);

(d) Complete one or more Postsecondary Education activities;

(e) Complete one or more Adult Continuing Education activities;

(f) Participate in one or more leisure, fitness, wellness or sport activities;

(g) Participate in a Release Preparation program; and

(h) Participate in Career Counseling. Staff shall encourage each inmate to accept the responsibility to identify any specific education needs, set personal goals, and select activities, programs and/or work experiences which will help to reach those goals.

[58 FR 65852, Dec. 16, 1993, as amended at 61 FR 47795, Sept. 10, 1996]

### § 544.82 General program characteristics.

(a) The Supervisor of Education shall assure that the following minimum criteria are met for the institution's education program set forth in § 544.81.

(1) There is a written curriculum which establishes measurable behavioral objectives and procedures.

(2) There are clear criteria which establish minimum expectations for program completion, as well as provisions for the assessment of student progress.

(3) There are provisions for periodic review of the relevancy and effectiveness of the program.

(4) Unless unusual circumstances (e.g., college credit courses) exist, all programs should allow for open entry and exit, at least on a monthly basis.

(5) The Supervisor of Education may establish other requirements necessary to assure that the stated goals of the program are achieved.

(b) Upon an inmate's completion of a program specified in § 544.81, staff may issue and/or review and file a certificate when it contributes to an inmate's future plans in such a way that it validates the inmate's education and training; supports the inmate's chances of securing employment; improves the inmate's acceptance for advanced education; or enhances the inmate's opportunity for success in any other activity the inmate chooses to pursue. The certificate will confirm that the inmate has completed the requirements to receive a certificate that fits one or a combination of the following categories:

(1) Accredited certificates—high school diplomas and occupation training certificates approved or issued through local school districts, state departments of education, or other recognized accrediting educational organizations;

(2) Postsecondary certificates and transcripts—postsecondary degrees or course certificates approved or issued through a sponsoring accredited educational institution;

(3) General Educational Development tests—programs sponsored by the American Council on Education;

---

Bureau of Prisons, Justice

(4) Private certificat[es]... agencies, private business [indus]try, other than those state[d in para]graph (b)(1) of this section;

(5) Institutional certi[ficates ap]proved general education, training, recreation, adult education and social educat[ion certifi]cates, issued to an inmate [who com]pletes a program, and when [the institu]tion cannot provide a cer[tificate as] provided in paragraphs (b) (1... of this section; or

(6) Transcripts—issued to [inmates] who completes general edu[cation pro]grams, formal occupation t[raining,] the-job and apprentice tr[aining, or] work assignments. With th[e inmate's] consent, transcripts may [be sent to] schools and colleges, busin[esses, indus]tries and other agencies.

### § 544.83 Inmate tutors.

Institutions may establish [an inmate] tutor/aide program. Guideli[nes may be] developed regarding the tr[aining and] supervision of inmate [tutors and] where such programs are ava[ilable.]

### Subpart J [Reserved]

### Subpart K—Inmate L[ibrary] Services

### § 544.100 Purpose and scope.

The Bureau of Prisons p[rovides in]mates within each of its [institutions] with library services necess[ary for edu]cational, cultural, and leisu[re needs.] The Warden shall ensure t[hat the in]mate library has a wide [range of] reading materials. Librar[y services] shall ordinarily be availabl[e to in]mates daily, including ev[enings and] weekends, except in detenti[on units] where service shall be sched[uled as fre]quently as possible to ens[ure reason]able access.

[46 FR 24900, May 1, 1981]

### § 544.101 Procedures.

(a) The Warden shall ass[ign a staff] member (ordinarily the Su[pervisor of] Education) responsibility [for the in]mate library.

(b) The inmate library sh[all offer the] inmate a variety of reading [materials,] including, but not limited [to,]